UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

_____

FORTUNE PROPERTY MANAGEMENT,

LLC,

     Plaintiff,

  v.                         Case No.

WESTCHESTER SURPLUS LINES         4:25-cv-04180

INSURANCE COMPANY,

     Defendant.

_____

VIDEOTAPED DEPOSITION OF SHUAI WANG

IN HIS INDIVIDUAL CAPACITY AND AS 30(b)(6)

CORPORATE REPRESENTATIVE FOR

FORTUNE PROPERTY MANAGEMENT, LLC

DATE:         Friday, March 13, 2026

TIME:         11:10 a.m.

LOCATION:     Remote Proceeding

              Houston, TX 77042

OFFICIATED BY: Amsale Maxwell

JOB NO.:      7918976

P R O C E E D I N G S

THE VIDEOGRAPHER:  Good morning.  We're going on the record at 11:10 a.m.  This is March 13, 2026.

Audio and video recording will continue to take place unless all parties agree to go off the record.

This is the Media unit 1 of the video recorded deposition of Shuai Wang, a Fortune Property Management, LLC corporate representative.

MS. SHAW (FOR MR. WANG):  All right.

THE OFFICER:  All right.  Good morning. My name is Amsale Maxwell.  I am the reporter assigned by Veritext to take the record of this proceeding.

This is a deposition of the corporate representative of Fortune Property Management, LLC, Mr. Shuai Wang, taken in the matter of Fortune Property Management, LLC -- Westchester Surplus Lines Insurance Company.

MS. SHAW (FOR MR. WANG):  Okay.

THE OFFICER:  The reporter is located in New Braunfels, Texas, and the witness is located at 10855 Meadowglen Lane, Apartment 808, Houston, Texas 77042.  I am a --

MS. SHAW (FOR MR. WANG):  All right.

THE OFFICER: I am an notary authorized to take acknowledgments and administer oaths in Texas. Parties agree that I will swear in the witness remotely.

Additionally, absent an objection on the record before the witness is sworn, all parties and the witness understand and agree that any certified transcript produced from the recording virtually of this proceeding:

- is intended for all uses permitted under applicable procedural and evidentiary rules and laws in the same manner as a deposition recorded by stenographic means; and

- shall constitute written stipulation of such.

MS. SHAW (FOR MR. WANG): Okay. Got it.

THE OFFICER: This proceeding will be recorded via video technology by Mr. Mark McNair.

At this time, will every -- counsel attendance please identify yourselves for the record.

MR. SCHULZ: This is Karl Schulz with Cozen O'Connor for the defendant, Westchester Surplus Lines Insurance Company.

MR. PASTOR: And this is Anthony Pastor on behalf of Plaintiff Fortune Property Management, LLC.

MS. SHAW (FOR MR. WANG): Okay.

THE OFFICER: Thank you.

Hearing no objection, I will now swear in the interpreter.

Please raise your right hand.

(Interpreter Ida Shaw sworn to translate between English and Mandarin.)

(All answers through interpreter unless otherwise noted.)

THE OFFICER: Thank you.

I will now swear in the witness.

Please raise your right hand.

WHEREUPON,

SHUAI WANG,

called as a witness and having been first duly sworn to tell the truth, the whole truth, and nothing but the truth, was examined and testified as follows:

THE OFFICER: Thank you.

You may proceed, Counsel.

//

//

EXAMINATION

BY MR. SCHULZ:

Q   All right.  Sir, would you please say your full name?

A   (In English) My name is Shuai Wang. S-H-U-A-I W-A-N-G.

THE INTERPRETER:  Interpreter needs to inject again.  So I hear the English.  So we need to reach agreement that are we going to do this in English or Chinese?  And if it's in Chinese, then everything has to be said in Chinese.

THE INTERPRETER (FOR THE WITNESS):  I understand.  I will go ahead and just speak in Chinese the whole time then.

BY MR. SCHULZ:

Q   Okay.  Thank you.

A   My full name is Shuai Wang.

THE INTERPRETER:  Interpreter spelled S-H-U-A-I.  The -- for last name W-A-N-G.

BY MR. SCHULZ:

Q   What is your date of birth, sir?

A   ████████ 1986.

Q   And your place of birth?

A   China.

Q   What is your home address, please?

they said the job is done, then there's no more leaks from there.

Q    Did StopLoss pull out from around the leak what looks like to be this pink insulation?

MR. PASTOR:  Objection.  Form.

THE INTERPRETER (FOR THE WITNESS):  I did not inspect exactly what they were doing, so I'm not familiar with whether they did it or not.

BY MR. SCHULZ:

Q    Do you have any understanding, really, then of what StopLoss did?

A    That's correct.  I'm not familiar and clear about that because that -- their work is always done after the operations hours of our restaurants at night.

Q    Did you provide any instructions or limits on what StopLoss was supposed to do?

A    Yes.  I basically told them that only repair the area that insurance is willing to cover.  If it is not covered, don't do it.

Q    And what did StopLoss say in reply?

A    They said, "Okay."

Q    Did Mr. Jia Zhao Wang or anyone else affiliated with Fortune Property give instructions or limits on what StopLoss was supposed to do, if you

BY MR. SCHULZ:

Q   Is it fair to say that you expected that StopLoss would follow instructions to only do work after the water leak that the insurance company would pay for?

MR. PASTOR:  Objection.  Form.

THE INTERPRETER (FOR THE WITNESS): Yes.  Correct.

BY MR. SCHULZ:

Q   If StopLoss did work beyond what was necessary -- let me start over.

If StopLoss did work beyond what the insurance company was willing to pay for, it was your direction that StopLoss should not do that work?

MR. PASTOR:  Objection.  Form.

THE INTERPRETER (FOR THE WITNESS): Yes.  That's what my instructions to them.  If any area that is not covered by the insurance company, don't do it.

BY MR. SCHULZ:

Q   Do you know whether StopLoss followed your instructions or not?

A   I am not aware of whether they -- they did that or not.  But I was told at all time that the areas and the work they have done would be covered by

the insurance.

Q    So StopLoss made those statements to you? That its work would be covered?

A    Correct.

Q    Were you dealing with a particular person at StopLoss?

A    Yes.  That was just one person.  And at the time I didn't ask for his name or keep his phone number, but he was supposed to be the chief constructors or the chief supervisor of that assignment from Star [sic] Loss.

Q    By chance, do you recall that the person from StopLoss was named Scott Butaud, B-U-T-A-U-D?

A    Yes.  Sounds like it.  Yes.

Q    So Mr. Person was -- let me start over.

Mr. Butaud was the person you dealt with and talked to at StopLoss?

A    That's correct.

Q    Let me show you what I'll mark as Exhibit 4. It's -- oh, hang on.

(Exhibit 4 was marked for

identification.)

All right.  Sir, can you see the screen with a video clip?

A    Yes.

person was worker -- was one of the workers working under the supervisions of Scott.

Q   Do you remember the name of the fellow you did speak with?

A   Yes.  I do have his name as well as his contact information.

Q   Would you mind telling us, please?

A   So let me go ahead and type it up to put that into the chat box because his last name is rather long.

Q   Okay.  Thank you.

A   (In English) Okay.

Q   Oh, okay.  I see it is a long last name.

A   (In English) Yeah.

Q   All right.  Thank you, Mr. Wang.

You provided us with the name and contact info for an Eddie Krauzhoffmann, K-R-A-U-Z-H-O-F-F-M-A-N-N, cell number ▮▮▮▮▮▮▮▮  And his position was restoration foreman; is that correct?

A   (In English) Yes.

(Interpreter) That's correct.

Q   So Mr. Eddie, we'll call him, is the person you dealt with when you were dealing with StopLoss?

A   Correct.

Q   All right.  Sir, I will show you what I'm

Q    Did StopLoss or Restore Zone make any statements to you or promises to you about the work that they would be doing?

A    So basically, what I heard were all oral or verbal commitment and promises saying that there is no problem; all these are covered by the insurance.

Q    In the course of being a businessperson and an entrepreneur yourself, have you had occasion to hire contractors and repair contractors in the past?

A    Yes.

Q    Was the work in the past for things like plumbing and painting and carpentry?

A    Yes.  All of above.

Q    So you had previously retained contractors to do the same kind of work that StopLoss or Restore Zone would be doing?

A    So previously, I have never deal with a middle -- middle person like a Restore Zone.  And what happened is I directly filed the claim with the insurance company.

Then once the insurance claim was approved, then I will source out the remodeling or the contractors according to the range of the claims approved to my case and repair what needs to be repaired.

Yes.

BY MR. SCHULZ:

Q    And in this case, did you decide not to get multiple comparison estimates because you understood Restore Zone would take care of all repairs and make sure that the insurance company paid for them?

MR. PASTOR:  Objection.  Form.

THE INTERPRETER (FOR THE WITNESS): Yes.  That's correct.

BY MR. SCHULZ:

Q    Did you or Mr. Jia Zhao Wang negotiate any terms of the service agreements with Restore Zone or StopLoss?

A    Yes.  We did have some negotiations.

Q    What was the result of their negotiations?

A    So that was that they said that all these items that need to be worked on?  It will be covered by the insurance, and all will be covered.  Therefore, we just give them the approval to go ahead and help us out.

So let me go ahead and interrupt you a little bit.

But previously, I was not receiving any of the estimate of the repair.  And once the job was done, then I saw the bill.  That's how that work.

Q    So is it fair to say as you went along, you did not know what was being billed or what work was being done?

A    That's correct.  I don't know nothing at all.

Q    At some point, though, you got a look at bills and invoices from the contractors doing work?

A    That's correct.

Q    Do you recall the amounts of those bills?

A    Well, yes.  By reviewing the bills later, I feel that the amount was extremely high.

Q    Why did you feel that the amounts were extremely high?

A    That is because that -- by the experience that I have subcontracting the workers to do some remodeling and work for the restaurants.  This particular bills that I have seen is much higher than those works that I have worked on myself before.

Q    Did seeing the very high bills cause you concern?

A    Well, but the concern was there.

However, before that I know that they are going to help us to do the works and also doing the insurance claim; that we already know is going to be higher than what I request the works done by my own

CERTIFICATE OF DEPOSITION OFFICER

I, AMSALE MAXWELL, the officer before whom the foregoing proceedings were taken, do hereby certify that any witness(es) in the foregoing proceedings, prior to testifying, were duly sworn; that the proceedings were recorded by me and thereafter reduced to typewriting by a qualified transcriptionist; that said digital audio recording of said proceedings are a true and accurate record to the best of my knowledge, skills, and ability; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this was taken; and, further, that I am not a relative or employee of any counsel or attorney employed by the parties hereto, nor financially or otherwise interested in the outcome of this action.

AMSALE MAXWELL

Notary Public in and for the

State of Texas

CERTIFICATE OF TRANSCRIBER

I, CRYSTAL ORR, do hereby certify that this transcript was prepared from the digital audio recording of the foregoing proceeding, that said transcript is a true and accurate record of the proceedings to the best of my knowledge, skills, and ability; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this was taken; and, further, that I am not a relative or employee of any counsel or attorney employed by the parties hereto, nor financially or otherwise interested in the outcome of this action.

CRYSTAL ORR