**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

FORTUNE PROPERTY MANAGEMENT,
LLC,

Plaintiff.

Civil Action No. 4:25-cv-04180

v.

WESTCHESTER SURPLUS LINES
INSURANCE COMPANY,

Defendant.

## PLAINTIFF'S FED. R. CIV. P. 26(a)(2) EXPERT WITNESS DISCLOSURES

Plaintiff, FORTUNE PROPERTY MANAGEMENT LLC ("Plaintiff"), by and through its undersigned counsel, National Insurance Advocates, pursuant to Fed. R. Civ. P. 26(a)(2), hereby submits its Expert Witness Disclosures as follows:

1. *Scott Butaud (Non-Retained Expert)*
   *StopLoss Specialists, LLC*

Scott Butaud is a non-retained expert who will testify pursuant to Fed. R. Civ. P. 26(a)(2)(C). Mr. Butaud served as Project Coordinator for the emergency remediation and restoration services performed at the Fortune Property Management project.

Mr. Butaud is expected to testify generally in accordance with StopLoss project records, invoices, equipment logs, and remediation documentation, and, if a deposition is taken, any opinions and the reasons for the opinions expressed in his deposition, including but not limited to opinions regarding:

- The cause and source of the water intrusion and the relationship between the pipe release and the conditions observed at the property.

- The scope and coordination of emergency mitigation services performed at the subject property;

- The deployment and utilization of specialized drying equipment, including dehumidifiers, air scrubbers, generators, and related remediation tools;

- Labor requirements, supervisory oversight, and safety protocols implemented during the remediation process;

- The necessity and reasonableness of the mitigation measures undertaken to prevent further damage and stabilize the property;

- Industry standards governing large-loss mitigation, drying practices, and environmental controls;

- The reasonableness of the charges reflected in StopLoss invoices and project documentation.

Mr. Butaud's opinions are based upon his personal knowledge, project oversight, review of field documentation, labor and equipment records, photographs, invoices, and his education, training, and experience in large-scale property mitigation and restoration.

The documents and materials relied upon by Mr. Butaud are produced contemporaneously with this disclosure under **Exhibit A** as set forth in the Schedule of Exhibits below. Mr. Butaud and Stoploss also relied upon reports generated by Erik Murray, MS, CIEC of FIH, LLC

Mr. Butaid may also offer rebuttal opinions in response to any expert testimony or reports offered by Defendant and reserves the right to supplement his opinions should additional information become available.

2. *John Lewis (Non-Retained Expert)*
   *StopLoss Specialists, LLC*

John Lewis is a non-retained expert who will testify pursuant to Fed. R. Civ. P. 26(a)(2)(C). Mr. Lewis participated in the remediation, restoration, and mitigation services performed at the subject property as part of the StopLoss response team.

Mr. Lewis is expected to testify generally in accordance with StopLoss project documentation and invoices and, if a deposition is taken, any opinions and the reasons for the opinions expressed therein, including but not limited to opinions regarding:

- The apparent source of the water intrusion and the damage conditions attributable to the pipe release

- The condition of the property at the time mitigation services commenced;

- The remediation techniques utilized to address water intrusion and related damage;

- The setup, monitoring, and removal of drying equipment and environmental controls;

- The necessity of the labor, equipment, materials, and safety measures employed.

- Compliance with applicable restoration and mitigation industry standards;

- The reasonableness of the remediation scope required to return the property to a pre-loss condition.

Mr. Lewis is expected to testify as to facts and opinions formed during the ordinary course of his work.

The documents and materials relied upon by Mr. Lewis are produced contemporaneously with this disclosure under **Exhibit B** as set forth in the Schedule of Exhibits below. Mr. Lewis and Stoploss also relied upon reports generated by Erik Murray, MS, CIEC of FIH, LLC

Mr. Lewis may also offer rebuttal opinions in response to any expert testimony or reports offered by Defendant and reserves the right to supplement his opinions should additional information become available.

3. *Erik Murray, MS, CIEC (Non-Retained Expert)*
   *FIH, LLC*

Erik Murray, MS, CIEC, of FIH, LLC, is designated as a non-retained expert pursuant to Fed. R. Civ. P. 26(a)(2)(C). Mr. Murray prepared a Water Damage Assessment and Remediation Protocol concerning the commercial property located at 12755 SW Freeway, Stafford, Texas 77477, arising from a broken water pipe release.

Mr. Murray is expected to testify generally in accordance with his report and, if a deposition is taken, any testimony elaborating on those opinions, including but not limited to opinions regarding:

- The source of moisture intrusion originating from a water pipe release above the ceiling near the bar dining area and kitchen entrance;

- The causal relationship between the pipe release and the environmental and building conditions identified during his investigation.

- Elevated moisture conditions identified within interior walls and flooring attributable to the loss event;

- Laboratory-confirmed presence of elevated total coliform bacteria on sampled surfaces, supporting the classification of the loss as Category 2–3 water damage;

- The health risks associated with contaminated water intrusion and the need for professional remediation;

- The necessity of drying, cleaning, sanitization, and removal of unsalvageable building materials impacted by the water loss;

- Appropriate remediation protocols consistent with EPA guidelines, IICRC S500 and S520 standards, OSHA, NIOSH, AIHA, and other applicable industrial hygiene authorities;

- The requirement that moisture sources be repaired prior to remediation and that post-restoration verification and sampling be completed before clearance is achieved.

In forming his opinions, Mr. Murray relied upon on-site inspection findings from November 2, 2024, moisture meter readings, environmental surface sampling, laboratory analysis, photographic documentation, accepted industrial hygiene methodologies, and his education, training, and professional experience in environmental health and safety consulting.

Mr. Murray's opinions are held to a reasonable degree of scientific and environmental certainty.

The materials and information required by Fed. R. Civ. P. 26(a)(2)(B), including Mr. Murray's report, credentials, and the data and materials considered in forming his opinions, are produced contemporaneously with this disclosure under **Exhibit C** as set forth in the Schedule of Exhibits below.

Mr. Murray may also offer rebuttal opinions in response to any expert testimony or reports offered by Defendant and reserves the right to supplement his opinions should additional information become available.

*4.* William Martin (Non-Retained Expert)

Frontline Property Damage Consultants

Mesquite, Texas 75150

Tel: (972) 953-5090

Email: [William@Xactestimatorsdfw.com](mailto:William@Xactestimatorsdfw.com)

William Martin is a non-retained expert who will testify pursuant to Fed. R. Civ. P. 26(a)(2)(C). Mr. Martin inspected the subject commercial property located at 12755 Southwest Freeway, Stafford, Texas 77477, on May 21, 2025, following a reported water loss resulting from a busted pipe above the dish washing area in the kitchen.

Mr. Martin prepared a detailed Xactimate estimate reflecting the scope and pricing of necessary interior repairs required to return the property to its pre-loss condition. His estimate includes line-item pricing, quantity calculations, and diagrams addressing ceiling systems, grid systems, fluorescent fixtures, flooring, FRP wall panels, and related interior components across the dish washing area, beverage station, walkway, breaker room, office, cooking stations, expo area, and other affected areas.

Mr. Martin is expected to testify consistent with his inspection findings, estimate, photographs, and project documentation, including but not limited to opinions regarding:

- The origin and observed path of water damage from the busted pipe;

- The condition of interior finishes at the time of inspection;

- The necessity of removal and replacement of ceiling tiles, ceiling grid, lighting components, wall panels, flooring, and other interior materials;

- The need for consistent "like kind and quality" finishes in continuous areas visible to customers;

- The scope of repairs required to return the property to its pre-loss condition;

- The reasonableness of the quantities and pricing reflected in his Xactimate estimate utilizing the applicable Texas price list.

Mr. Martin's opinions are based upon his personal inspection, measurements, photographs taken during the inspection, application of Xactimate estimating software, review of the loss information including documentation and reports authored by Stoploss and FIH, LLC, and his training and experience in commercial property damage estimating and restoration.

The estimate, diagrams, and photo documentation prepared by Mr. Martin are produced contemporaneously with this disclosure under Exhibit D.

Mr. Martin reserves the right to supplement his opinions as discovery progresses and may offer rebuttal testimony in response to opinions expressed by Defendant or its experts.

**Schedule of Exhibits:**

- Exhibit A - StopLoss
- Exhibit B - StopLoss
- Exhibit C - Expert Environmental Consultant
- Exhibit D - Frontline Property Damage Consultants

Link to access:

https://drive.google.com/drive/folders/1WiO7ikpOVX_ff3JZuwaXRCNzEGU9Uq0q?usp=drive_link

Respectfully submitted this 18th day of February, 2026

*/s/ Anthony Pastor*
Anthony Pastor, #24144592
National Insurance Advocates, LLP
6619 S Dixie Hwy. #363
Miami, FL 33143
Telephone: 833-701-4110
Email: anthony@nia.law

*Attorney for Plaintiff*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this  18th day of February, 2026, a true and correct copy of the

foregoing **PLAINTIFF'S FED. R. CIV. P. 26(A)(2) EXPERT WITNESS DISCLOSURES**

were served via e-mail upon the following:


Karl A. Schulz
State Bar No. 24057339
COZEN O'CONNOR
811 Main, Suite 2000
Houston, Texas 77002
Telephone: (832) 214-3900
Facsimile: (832) 214-3905
kschulz@cozen.com

*Attorney for Defendant*

<u>*/s/ Anthony Pastor*</u>

Anthony Pastor, #24144592
National Insurance Advocates, LLP
6619 S Dixie Hwy. #363
Miami, FL 33143
Telephone: 833-701-4110
Email: <u>anthony@nia.law</u>

*Attorney for Plaintiff*