IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

_____

FORTUNE PROPERTY MANAGEMENT,

LLC,

     Plaintiff,

  v.                                 Case No.

WESTCHESTER SURPLUS LINES           4:25-cv-04180

INSURANCE COMPANY,

     Defendant.

_____

VIDEOTAPED DEPOSITION OF 30(b)(6) CORPORATE

REPRESENTATIVE FOR FORTUNE PROPERTY MANAGEMENT, LLC -

JIAZHAO WANG

VOLUME II

DATE:         Friday, April 24, 2026

TIME:         1:15 p.m.

LOCATION:     Remote Proceeding

                Corpus Christi, TX 78414

OFFICIATED BY: Sidney Martinez

Job No. CS8028482

P R O C E E D I N G S

THE VIDEOGRAPHER:  We are on the record at 1:15 p.m. on April 24, 2026.

THE OFFICER:  Good afternoon.  My name is Sidney Martinez, and I'm the reporter assigned by Veritext to take the record of this proceeding.  This is the deposition of Jiazhao Wang taken in the matter of Fortune Property Management, LLC, vs. Westchester Surplus Lines Insurance Company on April 24, 2026.

I am a notary authorized to take acknowledgments and administer oaths in Texas, and parties agree that I will swear in the witness remotely.  The reporter is located in San Antonio, Texas, and the witness is located in Corpus Christi, Texas.

Additionally, absent an objection on the record before the witness is sworn, all parties and the witness understand and agree that any certified transcript produced from this recording of this proceeding:

- is intended for all uses permitted under applicable procedural and evidentiary rules and the laws in the same manner as a deposition recorded by stenographic means; and

- shall constitute written stipulation of such.

This proceeding will be recorded via video technology by Austin Redcay.

At this time, will everyone in attendance appearing remotely please identify yourself for the record, beginning with Plaintiff's counsel.

MR. PASTOR:  Good afternoon, everyone. Anthony Pastor on behalf of the plaintiff, Fortune Property Management, LLC.

MR. SCHULZ:  This is Karl Schulz representing Westchester Surplus Lines Insurance Company.

MS. SHAW:  Ida Shaw.  And I'm going to summarize the instructions.

THE OFFICER:  Thank you.

MS. SHAW:  Ready to swear in.

THE OFFICER:  All righty.  Hearing no objections, I will now swear in the interpreter and then the witness.

Ms. Shaw, please raise your right answer.

(Interpreter Ida Shaw sworn to translate between English and Mandarin.)

(All answers through interpreter unless otherwise noted.)

THE OFFICER: Thank you, ma'am -- hand down.

Mr. Wang -- raise your right hand.

WHEREUPON,

JIAZHAO WANG,

called as a witness and having been first duly sworn to tell the truth, the whole truth, and nothing but the truth, was examined and testified as follows:

THE OFFICER: Thank you. He can put his hand down. Thank you.

Please begin.

EXAMINATION

BY MR. SCHULZ:

Q   Good afternoon, sir. Would you please say and spell your full name?

A   My name is Jiazhao Wang. And spelling, J-I-A-Z-H-A-O. Last name W-A-N-G.

Q   What is your date of birth please?

A   ▮▮▮▮▮▮▮ 1982.

Q   Your place of birth, please?

A   China.

Q   What is your home address please?

A   ▮▮▮▮▮▮▮▮▮▮, Corpus Christi, Texas

insurance premium is that if I encounter any damage, then the damage will be covered.

Q    Is it your understanding that the policy is an agreement that contains terms and conditions and that coverage is according to those terms and conditions; not everything is automatically covered?

A    That's correct.

Q    Have you had other insurance claims in the course of being a landlord?

A    No.

Q    In this case, were you aware that the insurance company assigned an adjuster to the claim?

A    However the operations process in terms of the insurance company included, I don't really know. I guess that they have their way of assigning whoever the adjuster is for the case.

Q    Do you have any objections to the conducts or methods of the adjuster on this claim?

A    I thought that the insurance company will give us a very reasonable adjustments for whatever damage that we are -- through.  That's what I thought.

Q    In particular, though, do you have any assertion of anything that the insurance adjuster did in terms of his conduct or methods that you object to?

A    I'm not clear about that, and I would say

no.

Q   Were you aware that the insurance company assigned an engineer to help investigate the pipe leak?

A   I did not know that.

Q   Do you have any objections to the conduct or methods of the engineer who was assigned to this claim?

A   I believe that they only hired the professional one, so no, I don't have any objections.

Q   In your course of the claim, did you ever deal with anyone on behalf of the insurance company who you thought was rude or careless or mean to you?

A   No.

Q   Do you feel like at any point, anyone working on behalf of the insurance company did something to intentionally hurt or harm you or was done with an evil intent?

A   No.

Q   You mentioned that you were expecting a reasonable settlement or a fair settlement from the insurance company concerning the pipe leak claim.  Do you have a dollar amount in mind that is what you would consider reasonable?

                    THE INTERPRETER:  Interpreter didn't

BY MR. SCHULZ:

Q   Are you able to point me to any facts or concerns you have about the business practices of the insurance company that you think might be bad?

A   No.

Q   Let me show you what I'll mark as Exhibit 8.

THE OFFICER:  I'm sorry.  What was Exhibit 7?  I have Exhibit 7 as the next.

MR. SCHULZ:  Oh, I beg your pardon. Exhibit 7.

THE OFFICER:  Okay.

(Exhibit 7 was marked for identification.)

BY MR. SCHULZ:

Q   All right.  I've shared my screen.  Can you see a lease up on your screen, sir?

A   Yes.

Q   It's 18 pages.  Do you recognize it to be the lease between Fortune property and the restaurant, Tasty Asian?

A   Yes.

Q   Down here on the last page, there are two signatures.  Is the one on the left hand where I'm waiving my cursor, is that your signature on behalf of Fortune Property Management?

CERTIFICATE OF DEPOSITION OFFICER

I, SIDNEY MARTINEZ, the officer before whom the foregoing proceedings were taken, do hereby certify that any witness(es) in the foregoing proceedings, prior to testifying, were duly sworn; that the proceedings were recorded by me and thereafter reduced to typewriting by a qualified transcriptionist; that said digital audio recording of said proceedings are a true and accurate record to the best of my knowledge, skills, and ability; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this was taken; and, further, that I am not a relative or employee of any counsel or attorney employed by the parties hereto, nor financially or otherwise interested in the outcome of this action.

SIDNEY MARTINEZ
Notary Public in and for the
State of Texas

[X] Review of the transcript was requested.

CERTIFICATE OF TRANSCRIBER

I, DAVID SHAHVERDIAN, do hereby certify that this transcript was prepared from the digital audio recording of the foregoing proceeding, that said transcript is a true and accurate record of the proceedings to the best of my knowledge, skills, and ability; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this was taken; and, further, that I am not a relative or employee of any counsel or attorney employed by the parties hereto, nor financially or otherwise interested in the outcome of this action.

DAVID SHAHVERDIAN