**From:** Schulz, Karl
**Sent:** Friday, March 27, 2026 4:46 PM
**To:** anthony@nia.law; service@nia.law; Carla@nia.law
**Subject:** Fortune Property (25-cv-04180)
**Attachments:** Re: Case 4:25-cv-04180 Fortune Property Management, LLC v. Westchester Surplus Lines Insurance Company - initial disclosures

Hi Anthony:

In response to your requests for depositions, please see below:

1. Defendant's corporate representative: May 7 or 12
2. Todd Perry, P.E.: May 21 or 22.  Note that Mr. Perry's costs should be paid to his office pursuant to Federal Rule of Civil Procedure 26(b)(4)(E).
3. Kevin Mayfield (IA): April 29 or 30

We are willing to offer these dates beyond the discovery deadline by agreement.

We would like to resume and complete plaintiff's corporate representative deposition.  Could we do so on March 31, April 2, or April 6?

We would also like to depose Eddie Krauzhoffman and Scott Butaud of StopLoss.  We are available on April 7, 9, or 20 for those depositions.

Further, we would like to depose William Martin of Frontline.  We are available on April 16 or 17 for that deposition.

All depositions would be by Zoom.

Also, since the Court denied the motion for continuance but indicated that the magistrate could hear the case and adjust deadlines, would you agree to transfer handling of this case to the magistrate?  If so, we will update the motion for continuance to include a request for transfer to the magistrate's handling.

In addition, would you agree to extend the rebuttal expert deadline from April 6 to April 15?  See attached.  We are designating some experts today but would appreciate the extra time to line up a bad faith/claim handling expert.

Lastly, please propose some additional mediation dates.

Thank you.



**Karl A. Schulz**
**Member | Cozen O'Connor**
811 Main Street, Suite 2000 | Houston, TX 77002
P: 832-214-3933 F: 713-512-5236
Email | Map | cozen.com