| | |
|---|---|
| **From:** | Martin, Helen J. |
| **Sent:** | Wednesday, April 15, 2026 7:22 PM |
| **To:** | Service Email; Dax Sotero; Deishaly Morales; Carla@nia.law; rosa@nia.law; Anthony Pastor |
| **Cc:** | Schulz, Karl; Tran, Danny L. |
| **Subject:** | Case No. 4:25-cv-04180; Fortune Property Management, LLC v. Westchester Surplus Lines Insurance Company (Depo Notices) |
| **Attachments:** | 2nd Amended Depo Notice - Plaintiff.pdf; Depo Notice - Krauzhoffman.pdf; Depo Notice - Martin.pdf; Depo Notice - Butaud.pdf |

Please see the attached the following:

1.	Second Amended Notice of Intention to Take the Oral and Videotaped Deposition of the Corporate Representative of Plaintiff, Fortune Property Management, LLC;
2.	Notice of Intention to Take the Oral and Videotaped Deposition of Scott Butaud;
3.	Notice of Intention to Take the Oral and Videotaped Deposition of William Martin; and
4.	Notice of Intention to Take the Oral and Videotaped Deposition of Eddie Krauzhoffman.



**Helen J. Martin**
**Legal Practice Supervisor**
**Assisting Joseph A. Ziemianski, Bryan P. Vezey**
**and Karl A. Schulz**
**Cozen O'Connor**
811 Main Street, Suite 2000 **|** Houston, TX 77002
P: 832-214-3912 F: 866-433-4009
Email | Map | cozen.com

1

| | | |
|---|---|---|
| FORTUNE PROPERTY MANAGEMENT, LLC, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Case No. 4:25-cv-04180 |
| WESTCHESTER SURPLUS LINES INSURANCE COMPANY, | § § § | JUDGE CHARLES ESKRIDGE |
| *Defendant.* | § § § | |

**SECOND AMENDED NOTICE OF INTENTION TO TAKE THE ORAL AND VIDEOTAPED DEPOSITION OF THE CORPORATE REPRESENTATIVE OF PLAINTIFF, FORTUNE PROPERTY MANAGEMENT, LLC**

TO:  Plaintiff, Fortune Property Management, LLC, by and through its attorney of record, Anthony Pastor, Esq., National Insurance Advocates., LLP, 6619 Dixie Hwy. #363, Miami, FL 33143

PLEASE TAKE NOTICE that, under Federal Rule of Civil Procedure 30(b)(6), attorneys for Defendant, Westchester Surplus Lines Insurance Company ("Defendant"), will take the oral and videotaped deposition of Plaintiff **Fortune Property Management, LLC** by and through its corporate designee(s) ("Deponent") on **Friday, April 24, 2026**, at **1:00 p.m.** as to matters known or reasonably available to the Deponent, regarding areas of inquiry set forth in **Exhibit A** to this notice.  The deposition will be conducted remotely via Veritext Zoom (access information will be provided to the parties by Veritext).

The deposition will be recorded stenographically and by video and will continue from day to day until completed.  The stenographic recording will be taken before a duly qualified court reporter or a notary public or other person authorized to administer oaths.

Deponent is directed to designate a person or persons to testify on the Plaintiff's behalf on the matters described in Exhibit A.

Respectfully submitted,

/s/ Karl A. Schulz
Karl A. Schulz
State Bar No. 24057339
COZEN O'CONNOR
811 Main, Suite 2000
Houston, Texas 77002
Telephone: (832) 214-3900
Facsimile:  (832) 214-3905
kschulz@cozen.com

ATTORNEYS FOR DEFENDANT,
WESTCHESTER SURPLUS LINES INSURANCE
COMPANY

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 15, 2026, a true and correct copy of the foregoing document was served upon the following via the Court's electronic filing system and/or by e-service:

Anthony Pastor
National Insurance Advocates, LLP
6619 S. Dixie Hwy, #363
Miami, FL 33143
**Attorney for Plaintiff**

/s/ Karl A. Schulz
Karl A. Schulz

2

## <u>EXHIBIT A</u>
### *(Areas of Inquiry)*

1. The plaintiff's live pleadings and allegations therein.
2. The plaintiff's discovery responses.
3. The identify and role of all persons engaged or involved in investigating the alleged loss, including public adjusters.
4. The plaintiff's dealings and communications with the parties.
5. The plaintiff's dealings and communications with any other third parties concerning the insurance claim made the basis of this suit.
6. The plaintiff's payment of premiums.
7. The subject insurance policy.
8. The history of the subject property.
9. The alleged loss incident.
10. The insurance claim made the basis of this suit.
11. Damages, repairs, and payment for same.
12. The plaintiff's communications with the Texas Department of Insurance, if any.

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FORTUNE PROPERTY MANAGEMENT, LLC, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Case No. 4:25-cv-04180 |
| WESTCHESTER SURPLUS LINES INSURANCE COMPANY, | § § § | JUDGE CHARLES ESKRIDGE |
| *Defendant.* | § § | |

## NOTICE OF INTENTION TO TAKE THE ORAL AND VIDEOTAPED DEPOSITION OF SCOTT BUTAUD

TO:  Scott Butaud, by and through its attorney of record, Anthony Pastor, Esq., National Insurance Advocates., LLP, 6619 Dixie Hwy. #363, Miami, FL 33143

PLEASE TAKE NOTICE that, attorneys for Defendant, Westchester Surplus Lines Insurance Company, will take the oral and videotaped deposition of **Scott Butaud** on **Thursday, April 30, 2026**, at **9:30 a.m.**  The deposition will be conducted remotely via Veritext Zoom (access information will be provided to the parties by Veritext).

The deposition will be recorded stenographically and by video and will continue from day to day until completed.  The stenographic recording will be taken before a duly qualified court reporter or a notary public or other person authorized to administer oaths.

Respectfully submitted,

*/s/ Karl A. Schulz*
Karl A. Schulz
State Bar No. 24057339
COZEN O'CONNOR
811 Main, Suite 2000
Houston, Texas 77002
Telephone: (832) 214-3900
Facsimile: (832) 214-3905
kschulz@cozen.com

ATTORNEYS FOR DEFENDANT,
WESTCHESTER SURPLUS LINES INSURANCE
COMPANY

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 15, 2026, a true and correct copy of the foregoing document was served upon the following via the Court's electronic filing system and/or by e-service:

Anthony Pastor
National Insurance Advocates, LLP
6619 S. Dixie Hwy, #363
Miami, FL 33143
***Attorney for Plaintiff***

*/s/ Karl A. Schulz*
Karl A. Schulz

| | | |
|---|---|---|
| FORTUNE PROPERTY MANAGEMENT, LLC, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Case No. 4:25-cv-04180 |
| WESTCHESTER SURPLUS LINES INSURANCE COMPANY, | § § § | JUDGE CHARLES ESKRIDGE |
| *Defendant*. | § § | |

## NOTICE OF INTENTION TO TAKE THE ORAL AND VIDEOTAPED DEPOSITION OF WILLIAM MARTIN

TO:     William Martin, by and through its attorney of record, Anthony Pastor, Esq., National Insurance Advocates., LLP, 6619 Dixie Hwy. #363, Miami, FL 33143

PLEASE TAKE NOTICE that, attorneys for Defendant, Westchester Surplus Lines Insurance Company, will take the oral and videotaped deposition of **William Martin** on **Tuesday, May 5, 2026**, at **9:30 a.m.**  The deposition will be conducted remotely via Veritext Zoom (access information will be provided to the parties by Veritext).

The deposition will be recorded stenographically and by video and will continue from day to day until completed.  The stenographic recording will be taken before a duly qualified court reporter or a notary public or other person authorized to administer oaths.

Respectfully submitted,

*/s/ Karl A. Schulz*
Karl A. Schulz
State Bar No. 24057339
COZEN O'CONNOR
811 Main, Suite 2000
Houston, Texas 77002
Telephone: (832) 214-3900
Facsimile:  (832) 214-3905
kschulz@cozen.com

ATTORNEYS FOR DEFENDANT,
WESTCHESTER SURPLUS LINES INSURANCE
COMPANY

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 15, 2026, a true and correct copy of the foregoing document was served upon the following via the Court's electronic filing system and/or by e-service:

Anthony Pastor
National Insurance Advocates, LLP
6619 S. Dixie Hwy, #363
Miami, FL 33143
***Attorney for Plaintiff***

*/s/ Karl A. Schulz*
Karl A. Schulz

## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| FORTUNE PROPERTY MANAGEMENT, LLC, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Case No. 4:25-cv-04180 |
| WESTCHESTER SURPLUS LINES INSURANCE COMPANY, | § § § | JUDGE CHARLES ESKRIDGE |
| *Defendant*. | § § § | |

## NOTICE OF INTENTION TO TAKE THE ORAL AND VIDEOTAPED DEPOSITION OF EDDIE KRAUZHOFFMAN

TO:     Eddie Krauzhoffman, by and through its attorney of record, Anthony Pastor, Esq., National Insurance Advocates., LLP, 6619 Dixie Hwy. #363, Miami, FL 33143

PLEASE TAKE NOTICE that, attorneys for Defendant, Westchester Surplus Lines Insurance Company, will take the oral and videotaped deposition of **Eddie Krauzhoffman** on **Wednesday, April 29, 2026**, at **9:30 a.m.**  The deposition will be conducted remotely via Veritext Zoom (access information will be provided to the parties by Veritext).

The deposition will be recorded stenographically and by video and will continue from day to day until completed.  The stenographic recording will be taken before a duly qualified court reporter or a notary public or other person authorized to administer oaths.

Respectfully submitted,

*/s/ Karl A. Schulz*
Karl A. Schulz
State Bar No. 24057339
COZEN O'CONNOR
811 Main, Suite 2000
Houston, Texas 77002
Telephone: (832) 214-3900
Facsimile:  (832) 214-3905
kschulz@cozen.com

ATTORNEYS FOR DEFENDANT,
WESTCHESTER SURPLUS LINES INSURANCE
COMPANY

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 15, 2026, a true and correct copy of the foregoing document was served upon the following via the Court's electronic filing system and/or by e-service:

Anthony Pastor
National Insurance Advocates, LLP
6619 S. Dixie Hwy, #363
Miami, FL 33143
***Attorney for Plaintiff***

*/s/ Karl A. Schulz*
Karl A. Schulz