## Schulz, Karl

| | |
|---|---|
| **From:** | Schulz, Karl |
| **Sent:** | Tuesday, April 28, 2026 12:06 PM |
| **To:** | Service Email |
| **Cc:** | McGlashen, Anna; Tran, Danny L.; Martin, Helen J.; litigation@nia.law |
| **Subject:** | RE: Case No. 4:25-cv-04180; Fortune Property Management, LLC v. Westchester Surplus Lines Insurance Company (Zoom Links) |
| **Attachments:** | Re: Case 4:25-cv-04180 Fortune Property Management, LLC v. Westchester Surplus Lines Insurance Company - initial disclosures |

Good afternoon:

The agreed discovery period ends on May 7 which is nine days way. See attached. We are already providing our corporate representative, Mr. Perry, and Mr. Mayfield (we just learned that he is retiring; his availability is unclear and you may need to subpoena him) by agreement past that deadline. Now you are asking for four more depositions that would all need be completed past the deadline. This is a troubling request, especially since you have not provided alternate dates for Messrs. Butaud and Krauzhoffman. Those depositions are still scheduled to take place over the next two days and we will proceed with the depositions unless you provide satisfactory alternative dates immediately.

We will agree to let you depose Mr. Horth, Mr. Catto, Mr. Brensing, or Mr. Lozos past the deadline if we can find mutually-agreeable dates- but only one of them and it must be by Zoom.



**Karl A. Schulz**
**Member | Cozen O'Connor**
811 Main Street, Suite 2000 | Houston, TX 77002
P: 832-214-3933 F: 713-512-5236
Email | Map | cozen.com

---

**From:** Service Email <Service@nia.law>
**Sent:** Tuesday, April 28, 2026 8:16 AM
**To:** Schulz, Karl <KSchulz@cozen.com>
**Cc:** McGlashen, Anna <AMcGlashen@cozen.com>; Tran, Danny L. <DTran@cozen.com>; Martin, Helen J. <HMartin@cozen.com>; litigation@nia.law
**Subject:** Re: Case No. 4:25-cv-04180; Fortune Property Management, LLC v. Westchester Surplus Lines Insurance Company (Zoom Links)

**\*\*EXTERNAL SENDER\*\***

Good morning,

We would also like to request the depositions of adjuster Aaron Hort and engineer Luke Catto for this claim. We understand that Luke Catto performed an inspection of the property's roof, and we believe he may have information relevant to this matter.

Additionally, please provide the availability for Kevin Mayfield, Jathan Brensing, and Timothy Lozos.

Warm regards,

**Jazmin Marroquin**

**Legal Assistant**

**National Insurance Advocates**

**Website: NIA.Law**



On Thu, Apr 23, 2026 at 9:45 AM Service Email <Service@nia.law> wrote:

Good morning,

We will secure May 19 from 9:00 AM to 1:00 PM CT for the Corporate Representative deposition and May 22 from 9:00 AM to 1:00 PM CT for Todd Perry. We will wait for Kevin Mayfield's availability. Please also provide the availability for Jathan Brensing and Timothy Lozos.

At this time, Mr. Butaud and Mr. Krauzhoffman have not confirmed their availability. Accordingly, we will need to cancel their currently scheduled depositions and will provide updated availability as soon as possible.

Warm regards,

**Jazmin Marroquin**

**Legal Assistant**

**National Insurance Advocates**

**Website: NIA.Law**



On Thu, Apr 23, 2026 at 6:30 AM Schulz, Karl <KSchulz@cozen.com> wrote:

Good morning:

The corporate representative is available by Zoom on May 19.  Mr. Perry is available by Zoom on May 22 but you will need to coordinate his scheduling and payment of his fees with his administrative assistant: lgutierrez@pronetgroup.com.  Please copy us on any such communications.

We will obtain additional dates for Mr. Mayfield.  We had previously provided dates for him at the end of this month, but those are no longer available.

Please let us know ASAP whether or not you can confirm that Messrs. Butaud and Krauzhoffman will attend their depositions as noticed.

Thank you.



**Karl A. Schulz**
**Member | Cozen O'Connor**
811 Main Street, Suite 2000 **|** Houston, TX 77002
P: 832-214-3933 F: 713-512-5236
Email | Map | cozen.com

**From:** Service Email <Service@nia.law>
**Sent:** Wednesday, April 22, 2026 9:29 AM
**To:** McGlashen, Anna <AMcGlashen@cozen.com>
**Cc:** Dax Sotero <dax@nia.law>; Deishaly Morales <deishaly@nia.law>; Carla@nia.law; rosa@nia.law; Anthony Pastor <anthony@nia.law>; Schulz, Karl <KSchulz@cozen.com>; Tran, Danny L. <DTran@cozen.com>; Martin, Helen J. <HMartin@cozen.com>
**Subject:** Re: Case No. 4:25-cv-04180; Fortune Property Management, LLC v. Westchester Surplus Lines Insurance Company (Zoom Links)

**\*\*EXTERNAL SENDER\*\***

Good morning

We have been able to confirm the depositions of the Plaintiff's Corporate Representative and Mr. William Martin; however, we have not yet been able to confirm the availability of Mr. Scott Butaud and Mr. Eddie Krauzhoffman. We have been communicating with their counsel. If you wish to contact them directly, their phone number is 214-612-6471.

We would also like to follow up regarding the remaining depositions. Please confirm whether the Defendant's Corporate Representative will be available on May 7 at 9:00 AM ET and whether Todd Perry will be available on May 22 at 9:00 AM ET. Additionally, please provide the availability for Kevin Mayfield.

Warm regards,

**Jazmin Marroquin**

**Legal Assistant**

**National Insurance Advocates**

**Website: NIA.Law**



On Fri, Apr 17, 2026 at 9:09 AM McGlashen, Anna <AMcGlashen@cozen.com> wrote:

Good Morning,

Below please find the zoom links for the attached depositions:

    1.     Second Amended Notice of Intention to Take the Oral and Videotaped Deposition of the ==Corporate Representative of Plaintiff, Fortune Property Management, LLC==;

- https://zoom.us/join
- Meeting ID: 81980462463
- CwFpWx-07F

    2.     Notice of Intention to Take the Oral and Videotaped Deposition of ==Scott Butaud==;

- https://zoom.us/join

- Meeting ID: 87633135546

- Password: nMhu1aJ7vJ

3. Notice of Intention to Take the Oral and Videotaped Deposition of <mark>William Martin</mark>;

https://zoom.us/join

Meeting ID: 89763972779

Password: NtSpKO2Rh*

4. Notice of Intention to Take the Oral and Videotaped Deposition of <mark>Eddie Krauzhoffman</mark>

https://zoom.us/join

Meeting ID: 83169663157

Password: SYtj@YZi2c

Many thanks,

Anna



**Helen J. Martin**
**Legal Practice Supervisor**
**Assisting Joseph A. Ziemianski, Bryan P. Vezey**
**and Karl A. Schulz**
**Cozen O'Connor**
811 Main Street, Suite 2000 | Houston, TX 77002
P: 832-214-3912 F: 866-433-4009
Email | Map | cozen.com

*Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.*

*Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.*