UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

FORTUNE PROPERTY MANAGEMENT §
§
LLC, §
§
     Plaintiff, §
§
v. § Case No. 4:25-cv-04180
§
WESTCHESTER SURPLUS LINES, § JUDGE CHARLES ESKRIDGE
§
INSURANCE COMPANY, §
§
   Defendants. §
§
_____

CERTIFICATE OF NONAPPEARANCE
FOR THE NOTICED DEPOSITION OF
EDDIE KRAUZHOFFMAN
April 29, 2026
_____

A P P E A R A N C E S

FOR THE DEFENDANT:
    Karl A. Schulz
    COZEN O'CONNOR
    811 Main,
    Suite 2000
    Houston, Texas 77002
    (832) 214-3900
    kschulz@cozen.com

ALSO PRESENT:
Kenny Parker, Videographer.

Veritext Legal Solutions
800-567-8658        973-410-4098

I, Karlynn Kauffin, a certified digital reporter for the State of Texas, hereby declare under penalty of perjury the following:

On Wednesday, April 29, 2026, at 9:30 AM, I made an appearance at remote proceeding located at remotely via Zoom, for the purpose of reporting the deposition of Eddie Krauzhoffman.

At approximately 9:45 AM, I was informed by counsel, Karl A. Schulz, that Eddie Krauzhoffman had not appeared for the taking of his deposition.

The reporter and attorney Karl A. Schulz, remained at remotely via Zoom until 9:45 AM, by which  Eddie Krauzhoffman had not appeared.

Certified to by me on April 29, 2026.

Karlynn Kauffin
Notary Public in and for
the State of Texas
131843772
VERITEXT LEGAL SOLUTIONS
Firm Registration No. 571
300 Throckmorton Street,
Suite 1600
Fort Worth, Texas  76102

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.