UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FORTUNE PROPERTY MANAGEMENT, LLC, | § § § | |
| *Plaintiff,* | § § § | |
| v. | § § | Case No. 4:25-cv-04180 |
| WESTCHESTER SURPLUS LINES INSURANCE COMPANY, | § § § § | JUDGE CHARLES ESKRIDGE |
| *Defendant.* | § | |

## DECLARATION OF KARL A. SCHULZ

My name is Karl A. Schulz. I am over the age of 18 and of sound mind. I am an attorney with Cozen O'Connor, counsel for Westchester Surplus Lines Insurance Company ("Westchester"). My business address is Cozen O'Connor, 811 Main, Suite 2000, Houston, Texas 77002. Without waiving any confidence or privilege, I make this declaration in support of Westchester's Motion for Sanctions:

1. I noticed Mr. Eddie Krauzhoffman and Mr. Scott Butaud to appear for their depositions in this matter on April 29 and 30, 2026 respectively.
2. Neither Mr. Krauzhoffman nor Mr. Butaud appeared as noticed. Their absence was not excused. Counsel for Plaintiff Fortune Property Management, LLC did not appear. Their absence was not excused.
3. I have requested Certificates of Non-Appearance from the deposition services company that I engaged to take the depositions of Mr. Krauzhoffman and Mr. Butaud. So far, I have only been provided with the Certificate concerning Mr. Krauzhoffman, which is attached to the Motion for Sanctions. I will supplement with the Certificate concerning Mr. Butaud as soon as it is available.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 14, 2026.

_____
Karl A. Schulz, Esq.