| | | |
|---|---|---|
| FORTUNE PROPERTY MANAGEMENT, LLC, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Case No. 4:25-cv-4180 |
| WESTCHESTER SURPLUS LINES INSURANCE COMPANY, | § § § | |
| *Defendant.* | § § | |

## **ORDER GRANTING DEFENDANT'S MOTION FOR SANCTIONS**

Came on to be considered, Defendant Westchester Surplus Lines Insurance Company's Motion for Sanctions ("Motion"). The Court, having considered the Motion, finds that Plaintiff, Fortune Property Management, LLC and its consultant StopLoss Specialists, LLC failed to cooperate in discovery as required by the Federal Rules of Civil Procedure. The Court weighed the available remedies under Fed.R.Civ.P. 37 and its inherent power and concludes that exclusion of testimony and evidence concerning the work performed by StopLoss Specialists, LLC including the costs of such work, is the appropriate sanction for the misconduct in question. Therefore, the Court grants the Motion as follows:

Plaintiff, Fortune Property Management, LLC will not be allowed to adduce or introduce testimony or any other evidence at trial from or about the

work performed by StopLoss Specialists, LLC or its subcontractors including the scope of work performed, the costs of work performed, or any other similar topic.

SIGNED this ___ day of _____, 2026.

_____
UNITED STATES DISTRICT JUDGE