United States District Court
Southern District of Texas
**ENTERED**
June 02, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| FORTUNE PROPERTY MANAGEMENT LLC, | § § | CIVIL ACTION NUMBER 4:25-cv-04180 |
| Plaintiff, | § | |
| | § | |
| | § | |
| versus | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| WESTCHESTER SURPLUS | § | |
| LINES INSURANCE | § | |
| COMPANY, | § | |
| Defendant. | § | |

**ORDER**

Pending is a motion by Defendant Westchester Surplus Lines Insurance Company for leave to file a supplemental answer. Dkt 19.

The deadline to bring motions for leave to amend pleadings without a showing of good cause passed under the original scheduling order on January 16, 2026. Dkt 9. The subject motion was filed on April 7, 2026. Dkt 19. Defendant there seeks to add six affirmative defenses. See Dkt 19-1.

The motion for leave to amend is quite late, being filed on the date discovery closed and only shortly before submission of pretrial materials and docket call. Dkts 9 & 19. Allowing amendment at this late date would require trial to be postponed, discovery to be reopened, and threshold motion practice to determine whether such affirmative defenses are even legally viable.

Defendant makes no sufficient showing of *good cause* under Federal Rule of Civil Procedure 16(b)(4) to warrant such delay. See Dkt 20 at 5–6 (response by Plaintiff).

The motion by Defendant Westchester Surplus Lines Insurance Company for leave to file a supplemental answer is thus DENIED. Dkt 19.

SO ORDERED.

Signed on ___June 01, 2026___, at Houston, Texas.


Honorable Charles Eskridge
United States District Judge