United States District Court
Southern District of Texas

**ENTERED**

June 15, 2026

Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| FORTUNE PROPERTY MANAGEMENT LLC,<br>　　　　　　　Plaintiff, | §<br>§<br>§<br>§<br>§ | CIVIL ACTION NUMBER<br>4:25-cv-04180 |
| versus | §<br>§<br>§ | JUDGE CHARLES ESKRIDGE |
| WESTCHESTER SURPLUS LINES INSURANCE COMPANY,<br>　　　　　　　Defendant. | §<br>§<br>§<br>§ | |

## ORDER

Multiple motions are pending. Dkts 26, 32, 37 & 38.

\* \* \*

The motion by Plaintiff Fortune Property Management LLC, to continue trial-related deadlines is GRANTED as unopposed. Dkt 32; see Dkt 38 (response by Defendant).

The docket call set in this matter for June 16, 2026, is CANCELED.

\* \* \*

The motion by Defendant to compel Plaintiff's compliance with pre-trial order concerning memorandum of law is DENIED AS MOOT. Dkt 37. Plaintiff subsequently filed such memorandum. Dkt 40.

\* \* \*

Pending is an opposed request by Defendant that this matter be referred to a Magistrate Judge for settlement conference. Dkt 38 at 2.

The request is GRANTED. A separate order of referral will follow.

*   *   *

The opposed request by Defendant for leave to file a motion for summary judgment is DENIED WITHOUT PREJUDICE. Id at 2–3.

Positions as to the viability of any dispositive motion should be discussed at settlement conference with the Magistrate Judge. A request to file such motion may be renewed after the conclusion of such discussions.

*   *   *

The motions by Plaintiff for extension of time to supplement expert witnesses and extend discovery deadlines, and by Defendant for sanctions, remain UNDER ADVISEMENT. Dkts 26 & 32. But these, too, should be discussed with the Magistrate Judge during settlement conference.

SO ORDERED.

Signed on June 15, 2026, at Houston, Texas.

_____
Honorable Charles Eskridge
United States District Judge