United States District Court
Southern District of Texas
**ENTERED**
June 25, 2026
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| Fortune Property Management, LLC, | § § § | |
| *Plaintiff,* | § | |
| | § | Civil Action H-25-4180 |
| v. | § | |
| | § | |
| Westchester Surplus Lines Insurance Company, | § § | |
| *Defendant.* | § | |

### ORDER SETTING MEDIATION

This matter has been referred to United States Magistrate Judge Peter Bray for mediation. You are hereby notified that the mediation is scheduled for

**Wednesday, October 28, 2026, at 1:00 p.m. by video**

It is **ORDERED** that the mediation is confidential. Any matters discussed with the court in its role as the mediator will not be made part of the record and shall be kept in confidence by all attendees. Recording of the mediation by any means is strictly prohibited.

The following persons shall attend the mediation: (a) the attorneys who will try the case; and (b) all parties, including a person who has full authority to negotiate and to settle the case on any terms. No others may attend, unless all counsel and the court agree in advance.

On or before October 26, 2026, by noon, each party shall email a brief confidential mediation statement to Judge Bray's Case Manager at cm_MJBray@txs.uscourts.gov. **The statement shall NOT be filed with the Clerk of the Court nor served upon the other parties.** The confidential mediation statement must include:

1. A brief statement of the facts of the case;

2. A brief statement of the claims and defenses, with a discussion of the major issues in dispute;

3. An estimate of the cost and time that has been invested to date, and that is expected to be expended for further discovery, pretrial, and trial;

4. The relief sought;

5. The current status of settlement negotiations and a brief history of efforts to settle the case; and

6. The name, title, and role of each person that will attend the mediation.

The court will hold a videoconference via Zoom with lead attorneys on **October 27, 2026, at 3:00 p.m.**, to discuss the mediation process and preparation. Instructions for the videoconference will be emailed to the attorneys at a later date. Clients shall not participate in the pre-mediation videoconference.

Signed at Houston, Texas, on June 25, 2026.

_____
Peter Bray
United States Magistrate Judge

2